## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Valerie A. Flood fka Valerie A Grich        CHAPTER 7
       Robert J. Flood

                           BKY. NO. 19-10488 TPA

                 Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                         Respectfully submitted,

                         **/s/James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         Attorney I.D. No. 42524
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         412-430-3594
                         jwarmbrodt@kmllawgroup.com