FILED
5/24/19 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Case No. 19-10488 TPA |
| Robert J. Flood | : | Chapter 13 |
| Valerie A. Flood | : | |
|     Debtors | : | Document No. 12 |
| | : | |
| Robert J. Flood and | : | |
| Valerie A. Flood, | : | |
|     Movants | : | |
| vs. | : | |
| No Respondents | : | |

**ORDER OF COURT**

AND NOW, to wit, this 24th day of May, 2019, it is hereby ORDERED, that the debtors, Robert J. Flood and Valerie A. Flood, are hereby granted an extension until June 6, 2019 to file a completed petition. No further extensions will be granted.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 19-10488-TPA
Robert J. Flood                                                 Chapter 7
Valerie A. Flood
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin            Page 1 of 1           Date Rcvd: May 28, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Robert J. Flood,   Valerie A. Flood,   17655 Route 89,   Corry, PA 16407-8706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.axosfs.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka  Seelinger    on behalf of Debtor Robert J. Flood rebeka@seelingerlaw.com
              Rebeka  Seelinger    on behalf of Joint Debtor Valerie A. Flood rebeka@seelingerlaw.com
                                                                                             TOTAL: 5