One Ten Corporation  3939 West Ridge Rd  Erie PA 16506

Flood, Robert J.   Check# 3   04/18/19   Period: 03/31/19-04/13/19

| | Qty | Rate | Period | YTD | | Period | YTD |
|---|---|---|---|---|---|---|---|
| Salary | | | 2060.80 | 2060.80 | Fed - Single 1 | 170.34 | 170.34 |
| | | | | | Social Sec. | 113.50 | 113.50 |
| | | | | | Medicare | 26.54 | 26.54 |
| | | | | | PA  0 | 56.20 | 56.20 |
| | | | | | Local | 30.21 | 30.21 |
| | | | | | PASUI | 1.24 | 1.24 |
| | | | | | LST | 2.00 | 2.00 |
| | | | | | Beneflex | 40.00 | 40.00 |
| | | | | | Extra Life | 13.57 | 13.57 |
| | | | | | Health Ins | 176.60 | 176.60 |
| | | | | | 401(k) 20.61 | 41.22 | 41.22 |
| | | | | | Garnishment | 240.00 | 240.00 |
| Gross Pay | | | 2060.80 | 2060.80 | Net Pay | 1149.38 | 1149.38 |

One Ten Corporation  3939 West Ridge Rd  Erie, PA 16506
Flood, Robert J.  Check# 14  05/02/19  Period: 04/14/19-04/27/19

| | Qty | Rate | Period | YTD | | Period | YTD |
|---|---|---|---|---|---|---|---|
| Salary | | | 2060.80 | 4121.60 | Fed - Single 1 | 170.34 | 340.68 |
| | | | | | Social Sec. | 113.50 | 227.00 |
| | | | | | Medicare | 26.54 | 53.08 |
| | | | | | PA 0 | 56.20 | 112.40 |
| | | | | | Local | 18.31 | 48.52 |
| | | | | | PASUI | 1.24 | 2.48 |
| | | | | | LST | 2.00 | 4.00 |
| | | | | | Beneflex | 40.00 | 80.00 |
| | | | | | Extra Life | 13.57 | 27.14 |
| | | | | | Health Ins | 176.60 | 353.20 |
| | | | | | 401(k) 20.61 | 41.22 | 82.44 |
| | | | | | Garnishment | 240.00 | 480.00 |
| Gross Pay | | | 2060.80 | 4121.60 | Net Pay | 1161.28 | 2310.66 |

Flood, Robert J.   Check# 25   05/16/19   Period: 04/28/19-05/11/19

|  | Qty | Rate | Period | YTD |  | Period | YTD |
|---|---|---|---|---|---|---|---|
| Salary |  |  | 2060.80 | 8243.20 | Fed - Single 1 | 170.34 | 682.99 |
|  |  |  |  |  | Social Sec. | 113.50 | 454.84 |
|  |  |  |  |  | Medicare | 26.54 | 106.36 |
|  |  |  |  |  | PA 0 | 56.20 | 225.22 |
|  |  |  |  |  | Local | 11.01 | 77.97 |
|  |  |  |  |  | PASUI | 1.24 | 4.96 |
|  |  |  |  |  | LST | 2.00 | 8.00 |
|  |  |  |  |  | Beneflex | 40.00 | 160.00 |
|  |  |  |  |  | Extra Life | 13.57 | 54.28 |
|  |  |  |  |  | Health Ins | 176.60 | 706.40 |
|  |  |  |  |  | 401(k) 20.61 | 41.22 | 164.88 |
|  |  |  |  |  | Garnishment | 240.00 | 960.00 |
| Gross Pay |  |  | 2060.80 | 8243.20 | Net Pay | 1168.58 | 4637.30 |

Union City Family Support Center
38 North Main Street
Union City, PA 16438

Flood, Valerie A.
17655 Route 89
Corry, PA 16407

| **Employee Pay Stub** | | Check number: 12706 | | | Pay Period: 03/31/2019 - 04/13/2019 | | Pay Date: 04/17/2019 | |
|---|---|---|---|---|---|---|---|---|

**Employee**

Valerie A Flood, 17655 Route 89, Corry, PA 16407

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,538.46 | 12,307.68 | Sick | 0.00 | | 0.00 |
| | | | | | Vacation | 0.00 | | 0.00 |
| **Taxes** | | | Current | YTD Amount | | | | |
| Local WT | | | -15.38 | -123.04 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -115.00 | -920.00 | | | | |
| Social Security Employee | | | -95.39 | -763.08 | | | | |
| Medicare Employee | | | -22.31 | -178.46 | | | | |
| PA - Withholding | | | -47.23 | -377.84 | | | | |
| PA - Unemployment | | | -0.92 | -7.38 | | | | |
| | | | -296.23 | -2,369.80 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| LST | | | -2.00 | -16.00 | | | | |
| Dental Insurance-Family | | | -21.15 | -169.12 | | | | |
| Vision Insurance-Family | | | -5.74 | -45.92 | | | | |
| Health Insurance | | | -31.35 | -266.62 | | | | |
| | | | -60.24 | -497.66 | | | | |
| **Net Pay** | | | 1,181.99 | 9,440.22 | | | | |

Union City Family Support Center, 38 North Main Street, Union City, PA 16438

Union City Family Support Center
38 North Main Street
Union City, PA 16438

Flood, Valerie A.
17655 Route 89
Corry, PA 16407

**Employee Pay Stub**  Check number: 12714  Pay Period: 04/14/2019 - 04/27/2019  Pay Date: 05/01/2019

**Employee**
Valerie A Flood, 17655 Route 89, Corry, PA 16407

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,538.46 | 13,846.14 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local WT | | | -15.38 | -138.42 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -115.00 | -1,035.00 |
| Social Security Employee | | | -95.38 | -858.46 |
| Medicare Employee | | | -22.31 | -200.77 |
| PA - Withholding | | | -47.23 | -425.07 |
| PA - Unemployment | | | -0.93 | -8.31 |
| | | | -296.23 | -2,666.03 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | -2.00 | -18.00 |
| Dental Insurance-Family | | | -21.15 | -190.27 |
| Vision Insurance-Family | | | -5.74 | -51.66 |
| Health Insurance | | | -31.35 | -297.97 |
| | | | -60.24 | -557.90 |
| **Net Pay** | | | **1,181.99** | **10,622.21** |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0.00 | | 0.00 |
| Vacation | 0.00 | | 0.00 |

Union City Family Support Center, 38 North Main Street, Union City, PA 16438

Union City Family Support Center
38 North Main Street
Union City, PA 16438

Flood, Valerie A.
17655 Route 89
Corry, PA 16407

| . **Employee Pay Stub** | | Check number: 12754 | | | Pay Period: 04/28/2019 - 05/11/2019 | Pay Date: 05/15/2019 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **Status (Fed/State)** | **Allowances/Extra** |
| Valerie A Flood, 17655 Route 89, Corry, PA 16407 | | | | | Married/Withhold | Fed-0/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,538.46 | 15,384.60 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local WT | | | -15.38 | -153.80 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -115.00 | -1,150.00 |
| Social Security Employee | | | -95.39 | -953.85 |
| Medicare Employee | | | -22.31 | -223.08 |
| PA - Withholding | | | -47.23 | -472.30 |
| PA - Unemployment | | | -0.92 | -9.23 |
| | | | -296.23 | -2,962.26 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | -2.00 | -20.00 |
| Dental Insurance-Family | | | -21.15 | -211.42 |
| Vision Insurance-Family | | | -5.74 | -57.40 |
| Health Insurance | | | -31.35 | -329.32 |
| | | | -60.24 | -618.14 |
| **Net Pay** | | | **1,181.99** | **11,804.20** |

Union City Family Support Center, 38 North Main Street, Union City, PA 16438